ANGEL M. DIAZ, PETITIONER-RESPONDENT, v. NEWARK INDUSTRIAL SPRAYING, INC., RESPONDENT-PETITIONER.

See same case below: 65 *N. J. Super.* 249.

*Mr. Isidor Kalisch* for the petitioner.

*Mr. Joseph P. Dunn* and *Mr. Francis H. Pykon* for the respondent.

April 17, 1961. Granted.

BERTIS KOLLER, *ET AL.*, PLAINTIFFS-PETITIONERS, v. SABO & RHODES, INC., DEFENDANT-RESPONDENT.

See same case below: 64 *N. J. Super.* 324.

*Mr. Paul C. Kemeny* for the petitioners.

*Mr. Eugene Schreiner* and *Mr. David I. Stepacoff* for the respondent.

April 17, 1961. Denied.